JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ROSE, an individual; MARGARET ROSE, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation; and DOES 1 through 50, Inclusive; <br><br> Defendants. | Case No. 2:15-cv-08646-DDP-KSx <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

     Having considered the Stipulation between Plaintiffs Roger Rose and Margaret Rose and Defendant Travelers Commercial Insurance Company, and for good cause shown,

     IT IS HEREBY ORDERED THAT:

     1.    This entire action is dismissed with prejudice.

     2.    Each Party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:   October 11, 2016

Hon. Dean D. Pregerson
United States District Court